438 A.2d 647

Fierst, et ux., Appellants v. Comm. Land Title Ins. Co. v. McArdle et al.

Petition for Allowance of Appeal Granted Jan. 11, 1982.

 Argued April 16, 1980. Charles C. Mason, Jr., for appellants; Thomas R. Ceraso, for McArdle Land, appellee; Dennis J. Gounley, for Sentinel Savings, appellee; Edgar P. Harrigton, Jr., for Concord Liberty, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order of the court below affirmed.

LIPEZ, J., concurred in the result.